

**LAW OFFICE OF**
**DONALD J. WEISS**
363 SEVENTH AVENUE
4TH FLOOR
New York, New York 10001
212-967-4440
DJWLAW@MINDSPRING.COM

December 3, 2019

VIA ECF
Honorable Katherine Failla
United States District Court
Southern District of New York
40 Foley Square Room 2103
New York, NY 10007

Re: Worrell v. 532 Amsterdam Tasti DLite et al; Case # 19CV8223 (KPF)

Dear Judge Failla:

I am the attorney for the plaintiff in the referenced matter. The initial conference is currently scheduled for December 18, 2019, however, I will be away from December 9th until December 23rd. It is noted that both defendants were served by service on the Secretary of State on November 14th, however, neither defendant has appeared in the action to date.

I therefore respectfully request that the initial conference be adjourned. There have been no prior requests for adjournment.

Thank you for your time and attention herein.

Respectfully submitted,

*Donald J. Weiss*

Donald J. Weiss

Application GRANTED. The initial pretrial conference previously scheduled for December 18, 2019 is hereby ADJOURNED to **February 18, 2020, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: December 3, 2019
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE